IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06-CV-259-MR-DCK

| | |
|---|---|
| **PRECISION COMPONENTS, INC.** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **C.W. BEARING USA, INC.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. By Order (Document No. 45) filed on September 24, 2007, the undersigned granted Plaintiff's "Motion For Leave To File A Surreply"(Document No. 44). That Order neglected to set a deadline for the filing of the surreply.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file its surreply to "Defendant's Reply Brief In Support Of Motion For Partial Summary Judgment" (Document No. 41) on or before **October 24, 2007**.

Signed: October 16, 2007

David C. Keesler
United States Magistrate Judge