**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:06cv259**

| | |
|---|---|
| **PRECISION COMPONENTS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **J U D G M E N T** |
| ) | |
| **C.W. BEARING USA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺) | |

This matter is before the Court, upon the parties having filed a
Stipulation of Dismissal [Doc. 54] whereby they agreed to the dismissal of
all claims in this action other than those previously disposed of in the
Court's Order of December 16, 2008, [Doc. 53], wherein the Court granted
the Defendant's Motion for Partial Summary Judgment [Doc. 30].  In light of
that Stipulation of Dismissal, all claims in this case have now been
disposed of, with the exception of those addressed in the Court's partial
summary judgment Order, and those claims are now ripe for the entry of
the Court's final Judgment thereon.  For the reasons stated in the
Memorandum of Decision and Order [Doc. 53] entered herein on

December 16, 2008,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

Judgment is entered in favor of the Defendant and against the Plaintiff in

connection with the Plaintiff's claims for conversion, unfair and deceptive

trade practices and civil conspiracy.

Martin Reidinger
United States District Judge

Signed: April 14, 2009